Case: 2:20-mc-50607
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 03-14-2020 At 11:41 AM
IN RE BARBARA PIELACK (SS)

# UNITED STATES D[I]
# FOR THE EASTERN DISTRICT OF MICHIGAN

• USPO Bldg, 1000 Washington Ave., Bay City, MI 48708 •

Unified United States Common Law Grand Jury;
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.




Sureties of the Peace
WE THE PEOPLE

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

## COVER SHEET

## JURISDICTION NATURAL LAW

**COURT OF RECORD:** Judicial Oversight – Unified United States Common Law Grand Jury
United States District Court for the Northern District of New York
445 Broadway, Albany, NY. 12207-2936
Law Case No. 1776-1789-1791-2019; Depository Case No. 1:16-CV-1490

TO: Chief Judge Denise Page Hood

RE: Habeas Corpus

**AUTHORITY:** "*The judicial power shall extend to all cases, in law and equity, arising under this Constitution,*"[1] whereas; the originating court has violated petitioners right of Due Process.[2]

**28 U.S.C.§2242:** Every person unlawfully committed, detained, confined or restrained of his Liberty or Property, under any pretense whatsoever, may prosecute a Writ of Habeas Corpus to inquire into the cause of such imprisonment or restraint.

**SO ORDERED:** You are ordered to summarily hear and determine the facts and dispose of the matter as law and justice require under the rules of common law as provided for under 16 American Jurisprudence 2d., Sec. 114, and not chancery, and shall mail by United States Post Office a certified copy of decision immediately (within 24 hours) to the petitioner/next friend, and fax a copy of the same to the Grand Jury at (888) 891-8977.

SEAL March 13, 2020

Tribunal, Jury Foreman

[1] United States Constitution Article III Section 2

[2] Bill of Rights Amendment V: *No person shall be deprived of life, liberty, or property, without due process of law*; And, Bill of Rights Amendment VII: *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved,*

"*The most celebrated writ in the English law, and the great and efficacious writ in all manner of illegal confinement.*" - Sir William Blackstone. The "*great writ of liberty*," issuing at common law out of courts of Chancery, King's Bench, Common Pleas, and Exchequer. Ex parte Kelly, 123 N.J.Eq. 489, 198 A. 203, 207.

ORIGINATING COURT: Commonwealth of KY, 27th Judicial Circuit, Laurel Circuit Court;
P.O. Box 1798, London, KY 40741
Statutory Case No: 06-CR-(00)255-001

Petitioner Barbara T. Pielack
3149 North US Highway 23, Oscoda, Michigan 48750

Next Friend Heatherlee Yorty
3295 South Lee Point, Suttons Bay, MI 49682

**- AGAINST -**

Respondents Judge Gregory A. Lay
P.O. Box 1798, London, KY 40741

Danny Evans, Commonwealth Attorney
P.O. Box 1798, London, KY 40741

Sheriff Allan L. MacGregor
428 West Lake Street, Tawas City, MI 48763

# TABLE OF CONTENTS


**COVERSHEET** - - - - - - - - - 2 PAGES

**TABLE OF CONTENTS** - - - - - - - - 1 PAGE

**WRIT HABEAS CORPUS** - - - - - - - 6 PAGES

- Writ of Habeas Corpus Ad Testificandum
- Order to Show Cause And Writ Certiorari
- Jurisdiction
- Judicial Notice
- Applicant is entitled thereto

**PETITION FOR HABEAS CORPUS** - - - - - - 10 PAGES

- Petitioner may prosecute a writ of habeas corpus to inquire into the cause of the restraint.
- Because the respondents' court should have been a court of record but instead fraudulently concealed its jurisdiction under color of law a writ of habeas corpus should issue.
- Because no jurisdictional basis for custody has been proffered or stated a writ of habeas corpus should issue
- A writ of habeas corpus is a proper remedy because petitioner was deprived of his liberty without due process.
- Because petitioners were the victims of barratry, maintenance and champerty a writ of habeas corpus should issue
- A writ of habeas corpus is a proper remedy because custodians have engaged in prosecutorial vindictiveness; burden is upon respondents to rebut presumption

**PETITIONERS AFFIDAVIT** - - - - - - - 0 PAGES

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

• USPO Bldg, 1000 Washington Ave., Bay City, MI 48708 •

| | |
|---|---|
| **UNIFIED U.S. COMMON LAW GRAND JURY** on behalf of Barbara T. Pielack<br>Petitioner<br><br>- against -<br><br>Gregory A. Lay, Danny Evans, Allan L. MacGregor<br><br>Respondents | **JURISDICTION**: Court of Record<br>Federal Case No. ______________<br><br>Chief Judge Denise Page Hood<br><br>**ACTION AT LAW[1]**<br>**WRIT HABEAS CORPUS** |

Originating Court Commonwealth of KY, 27th Judicial Circuit, Laurel Circuit Court; Originating Court No: 06-CR-(00)255-001

Court of Record: Judicial Oversight – Unified United States Common Law Grand Jury
United States District Court for the Northern District of New York
445 Broadway, Albany, NY. 12207-2936
Law Case No. 1776-1789-1791-2019; Depository Case No. 1:16-CV-1490

## Writ of Habeas Corpus Ad Testificandum[2]
## Order to Show Cause And Writ Certiorari[3]

**NOTICE IS HEREBY GIVEN** to the Court and all interested parties that above Court of Origin is removed to the above said United States District Court of Record for Habeas Corpus for Cause in violation of Amendments IV, V, VI & VII. All said violations arose from the Bill of Rights and therefore, the proper venue for hearing a Habeas Corpus is an Article III Court that was vested with the jurisdiction via the Constitution for the United States of America.

Respondents violated petitioners unalienable Right[4] of Due Process,[5] unalienable Right to an untainted Grand Jury, unalienable Right to an Untainted Petit Jury, and unalienable Right to be heard in a Natural Law[6] Court of Record.

---

[1] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[2] **HABEAS CORPUS AD TESTIFICANDUM:** At common law, the writ, meaning "you have the body to testify," used to bring up a prisoner detained in a jail or prison to give evidence before the court. Hottle v. District Court in and for Clinton County, 233 Iowa 904, 11 N.W.2d 30, 34; 3 Bl. Comm. 130; 2 Tidd, Pr. 809. Ex parte Marmaduke, 91 Mo. 250, 4 S.W. 91, 60 Am.Rep. 250.

[3] **Writ Certiorari**: Latin meaning to be informed of; to be made certain in regard to; the name of a Writ of Review or Inquiry. Leonard v. Willcox, 101 Vt. 195, 142 A. 762, 766; Nissen v. International Brotherhood of Teamsters, Chauffeurs, Stablemen & Helpers of America, 229 Iowa 1028, 295 N.W. 858.

## JURISDICTION

Each federal judicial district court shall be a court of record known as the United States District Court for the district.[7] A court of record[8] is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it and proceeds according to the course of common (natural) law." Because the petitioner is detained by an inferior court "not of record" that has no subject matter or personam jurisdiction over the petitioner being unlawfully restrained by said court, without a lawful warrant from a competent court. Whereas, the petitioners' restraint, under the color of law, by said inferior court violated petitioners' unalienable right of due process protected under Amendment V.[9] Therefore the above said United States District Court of Record has jurisdiction in this case in "law" that arose under the Constitution,[10] petitioner has the unalienable right of habeas corpus.[11] The Common Law so permits the destruction of the abatement of nuisances by summary proceedings.[12]

## COURT IS TO TAKE JUDICIAL NOTICE

This is a Natural Law Proceeding under the rules of common law and not a civil law proceeding. Rules are not law; rules are nothing more than prescribed conduct in a particular area. Furthermore, Congress wrote legislation under §2072(b) rendering rule 2 is of no force or effect and thereby null and void.

---

[4] **Declaration of Independence:** We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

[5] **Amendment V:** *No person shall be... deprived of life, liberty, or property, without due process of law;*

[6] **Common Law** a/k/a Natural Law - As distinguished from law created by the enactment of legislatures [admiralty], the common law comprises the body of those principles and rules of action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of immemorial antiquity, or from the judgments and decrees of the courts recognizing, affirming, and enforcing such usages and customs; and, in this sense, particularly the ancient unwritten law of England. [1 Kent, Comm. 492. Western Union Tel. Co. v. Call Pub. Co., 21 S.Ct. 561, 181 U.S. 92, 45 L.Ed. 765; Barry v. Port Jervis, 72 N.Y.S. 104, 64 App. Div. 268; U. S. v. Miller, D.C.Wash., 236 F. 798, 800].

[7] **USC Title 28 §132:** Creation and composition of district courts: (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

[8] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229;

[9] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

[10] **Article III Section 2:** *The judicial power shall extend to all cases, in law and equity, arising under this Constitution...*

[11] **Article I Section 9 Clause 2:** "*The privilege of the writ of habeas corpus shall not be suspended, ...*"

[12] **DESTRUCTION OF THE ABATEMENT OF NUISANCES:** 16Am Jur 2d., Sec. 114 - As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and it was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood.

> §2072(b) such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after such rules have taken effect.

The Rules Enabling Act and all construction of law upon it is TREASON, governments are instituted among Men, by the People, to secure rights. Whereas, neither congress nor the judiciary has the power or authority to abrogate the unalienable right of Natural Law, this would be Absolute Despotism!

Indictment of a Common Law Grand Jury - Amendment V: *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, nor be deprived of life, liberty, or property, without due process of law*;

Infamous crime - *"A crime punishable by imprisonment in the state prison or penitentiary, with or without hard labor, is an infamous crime, within the provision of the fifth amendment of the constitution that "no person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a grand jury."*[13] It is not the character of the crime but the nature of the punishment which renders the crime "infamous."[14] *"Whether an offense is infamous depends on the punishment which may be imposed therefor, not on the punishment which was imposed."*[15]

Common Law Impartial Jury - Amendment VI: *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury*... Amendment VII *In suits at common law ... the right of trial by jury shall be preserved...*

Law of the Land - Article VI Clause 2: *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

Fiction of Law - The 41st Congress acted without constitutional authority an act of fraud, conspiracy and subversion against the United States of America. Only the People can ordain and establish Law[16] and government.[17] Only the People are endowed by the Creator with certain unalienable rights, governments are not! Consequently all latter construction upon the Organic Act of 1871 is as null and void as the Act itself, any court resting upon the same is a de facto court[18] and any judge acting under

---

[13] Mackin v. U. S., 117 U.S. 348, 6 S.Ct. 777, 29 L. Ed. 909; Brede v. Powers, 263 U.S. 4, 44 S.Ct. 8, 68 L.Ed. 132.

[14] Weeks v. United States, C.C.A.N.Y., 216 F. 292, 298, L.R.A. 1915B, 651. But see Drazen v. New Haven Taxicab Co., 95 Conn. 500, 111 A. 861, 864.

[15] United States v. Moreland, 258 U.S. 433, 42 S.Ct. 368, 370, 66 L.Ed. 700; De Jianne v. U. S., C.C.A.N.J., 282 F. 737, 740; Le Clair v. White, 117 Me. 335, 104 A. 516, 517.

[16] **PREAMBLE:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[17] **GOVERNMENT:** "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626,

[18] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

such fiction of law[19] denies due process[20] and is acting in excess of their judicial authority[21] under color of law[22] thereby losing judicial immunity[23] and therefore, any judicial reliance upon the said act is injudicious.

Denial is Treason: The denial of Habeas Corpus is a denial of due process, protected by the 5th Amendment and specifically ordained and demanded by Article I Section 9 Clause 2 "*The privilege of the writ of habeas corpus shall not be suspended*" This is the well-known remedy for deliverance from illegal confinement, called by Sir William Blackstone "*the most celebrated writ in the English law, and the great and efficacious writ in all manner of illegal confinement.*" 3 Bl. Comm. 129. The "*great writ of liberty,*" issuing at common law out of courts of Chancery, King's Bench, Common Pleas, and Exchequer. Ex parte Kelly, 123 N.J.Eq. 489, 198 A. 203, 207.

**IT APPEARING THAT THE APPLICANT IS ENTITLED THERETO**

Respondents are directed, in accordance with 28 USC §2243, to forthwith release Petitioner(s) from custody. If Petitioner(s) are not forthwith released from custody, then within **THREE (3) CALENDAR DAYS** after service of this Writ, Respondents shall make a Return, certifying the true nature and cause of the detention; and, shall show cause why the Writ should not be granted; faxing the same to (888) 891-8977 no later than 5pm on the last day of the above-stated, three-day (3) period allowed for response.

American Jurisprudence Constitutional Law §326: Free Justice and Open Courts; Remedy for All Injuries: In most of the State Constitutions there are provisions, varying slightly in terms, which stipulate that justice shall be administered to all without delay or denial; without sale or prejudice; and,

[19] **FICTION OF LAW:** Something known to be false is assumed to be true. Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. [Hoke vs. Henderson,15, N.C.15,25 AM Dec 677]. A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible. Best, Ev. 419.

[20] **DUE COURSE OF LAW**, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

[21] **EXCESS OF JUDICIAL AUTHORITY:** Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process. [Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694]; Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. [Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286].

[22] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188).

[23] **JUDICIAL IMMUNITY:** ."..  the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank." ... "All law (rules and practices) which are repugnant to the Constitution are VOID." ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law," this renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133.

that the courts shall always be open to all alike. These provisions are based largely upon the Magna C[h]arta, Chap. 40, which provides: *"We will sell to no man. We will not deny to any man either justice or right."* The chief purpose of the Magna C[h]arta provision was to prohibit the King from selling justice by imposing fees on litigants through his courts; and, to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decisions in pending causes. It has been appropriately said that in a free government the doors of litigation are already wide open; and, must constantly remain so. The extent of the constitutional provision has been regarded as broader than the original confines of Magna C[h]arta; and, such constitutional provision has been held to prohibit the selling of justice, not merely by magistrates, but by the State itself.

Respondents shall mail the Return by United States Post Office their response within three days to the petitioner/next friend and fax a copy of the same to the Grand Jury at (888) 891-8977. The Return must be signed, and sworn to by the person making the same; and, except when such person is a sworn public officer, and makes such Return in his official capacity, it must be verified by their oath. The applicant, or the person detained, may, under oath, deny any of the facts set forth in the Return, or allege any other material facts. Respondents must each state in their Return under oath, plainly and unequivocally:

1) Whether or not they have the party, herein-named as petitioner, in their custody, or under their power, or restraint.
2) If they have the party in their custody, or power, or under his restraint, they must state the authority, and cause of such imprisonment, or restraint.
3) If the party is detained by virtue of any sworn Writ, Warrant, or other written authority, a sworn copy thereof must be annexed to the Return; and, the original produced, and exhibited to the Court, or Magistrate on the Hearing of such Return. All unsworn documentary evidence will be refused for cause as hearsay.
4) If the person upon whom the Writ is served had the party in their power, or custody, or under their restraint at any time prior, or subsequent to the date of the Writ of Habeas Corpus; but, has transferred such custody, or restraint to another, the Return must state particularly to whom, at what time and place, for what cause, and by what authority such transfer took place.
5) The Return, and all suggestions made against it, may be amended, by leave of court, before, or after being filed.
6) When the Writ or Order is returned, a day shall be set for a Hearing that is not more than three (3) days after the Return, unless for good cause additional time is allowed.
7) Provide proof of jurisdiction for the originating court.
8) Does the originating court proceed by statutes and rules or does the originating court proceed according to natural law?
9) Because the Petition presents issues of fact, as well as issues of law, if Petitioner(s) are constrained by actual physical force, then the Jailer is required to produce, at the Hearing, the body of the person detained.
10) Was an Indictment procured without the signature of a Grand Jury Foreman?
11) Did a Grand Jury answer a questionnaire before being chosen? If so, provide a copy.

12) Was a petit jury instructed that statute violations are law?
   a. Was documented proof of a crime submitted to a jury? If so, provide a copy.
   b. Was a petit jury advised of their unalienable right of nullification?
   c. Did jury members answer a questionnaire before being chosen? If so, provide a copy.
13) Are there any Affidavits from a witness? If so, provide a copy.
14) Are there any Affidavits from an injured party? If so, provide a copy.
15) Answer all charges in petitioner's Petition, attached.
16) Rebut petitioners Affidavit, attached.
17) True or false concerning the originating court:
   a. proceeded according to equity and not Natural Law,
   b. is holding the petitioner to answer without an indictment,
   c. the petitioner was tried by a untainted common law petit jury of 12 People,
   d. a Petit Jury answer a questionnaire before being chosen? If so, provide a copy,
   e. the court proceeded in jurisdictions unknown, if not state the jurisdiction,
   f. is a Court of Record,
   g. is an equity court,

The Court is to notify petitioner/next friend by mail and phone and the Grand Jury by fax (888) 891-8977 to inform them as to the time and date of the Hearing to be held at the above-said courthouse.

At the Hearing, the Chief Judge shall summarily hear and determine the facts, shall dispose of the matter as law and justice require under the rules of common law as provided for under 16 American Jurisprudence 2d., Sec. 114, and not chancery, and shall mail by United States Post Office a certified copy of decision immediately (within 24 hours) to the petitioner/next friend, and fax a copy of the same to the Grand Jury at (888) 891-8977.

The Chief Judge shall state clearly on the record proving a court of record jurisdiction.

If respondents default and therefore no hearing then the Chief Judge shall confirm release of petitioner(s) and abatement of the originating court and inform by United States Post Office a certified copy of decision immediately (within 24 hours) to the petitioner/next friend and fax a copy of the same to the Grand Jury at (888) 891-8977.

Seal    March 13, 2020

Grand Jury Foreman

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway, Albany, NY. 12207-2936 •

**TO:** Administrator Grand Jury Foreman
Unified United States Common Law Grand Jury
P.O. Box 59; Valhalla, New York 10595; Fax: (888) 891-8977;

Court of Record: Judicial Oversight – Unified United States Common Law Grand Jury
Law Case No. 1776-1789-1791-2019; Depository Case No. 1:16-CV-1490

Barbara T. Pielack, Petitioner
3149 North US Highway 23. Oscoda, MI 48750,

Heatherlee Yorty, Next Friend acting on behalf of petitioner, Rule 17, 28 U.S.C.
3295 South Lee Point, Suttons Bay, MI 49682; Phone: 231-866-0429

**RE:** Commonwealth of Kentucky, 27th Judicial Circuit, Laurel Circuit Court de facto
P.O. Box 1798, London, KY 40741
Case No: 06-CR-(00)255-001

## PETITION FOR HABEAS CORPUS FOR CAUSE[1]

**COMES NOW** Barbara Pielack, one of the People of Michigan, hereinafter petitioner, in this court of record under Article III, Section 2, of the Constitution, whereby the judicial power shall extend to all cases in law arising under the Constitution; and, Article IV, Section 4, whereby the United States shall guarantee to every State in this Union a Republican Form of Government; and, shall protect each of them against invasion of rights. The jurisdiction being the SUPREME LAW OF THE LAND under Article VI, Clause 2, petitioner hereby petitions the Unified United States Common Law Grand Jury,[2] hereinafter judicial tribunal,[3] for the right of Writ of Habeas Corpus[4] to inquire into the cause of imprisonment and restraint of Liberty of said petitioner who is not subject to the jurisdiction of the aforementioned respondents/custodians:

---

[1] **FOR CAUSE:** Means for reasons; which law and public policy recognize as sufficient warrant for removal; and, such cause is "legal cause"; and, not merely a cause which the appointing power in the exercise of discretion may deem sufficient. State ex rel. Nagle v. Sullivan, 98 Mont. 425, 40 P.2d 995, 998, 99 A.L.R. 321.

[2] The sureties of the peace of faithful service: Magna Carta, paragraph 49.

[3] Judicial Tribunal: ...having attributes; and, exercising functions independently of the person of the magistrate designated generally to hold it. Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.; Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's 4th, 425, 426.

[4] The privilege of the Writ of Habeas Corpus shall not be suspended.

## PETITIONER MAY PROSECUTE A WRIT OF HABEAS CORPUS TO INQUIRE INTO THE CAUSE OF THE RESTRAINT

1) Application for a Writ of Habeas Corpus shall be in writing, signed, and verified by the person for whose relief it is intended; or, by someone acting on his behalf. 28 U.S.C. §2242.
2) Every person unlawfully committed, detained, confined, or restrained of his Liberty or Property, under any pretense whatsoever, may prosecute a Writ of Habeas Corpus to inquire into the cause of such imprisonment or restraint.

> *"In the United States Habeas Corpus exists in two forms: Common Law and Statutory. The Constitution for the United States of America acknowledges the Peoples' right to the common law of England as it was in 1789. It does not consist of absolute, fixed and inflexible rules; but, broad and comprehensive principles based on justice, reason, and common sense..."* Miller v. Monsen, 37 N.W.2d 543, 547, 228 Minn. 400.
>
> **28 U.S.C. §2243**: Issuance of Writ; Return; Hearing; Decision: A court justice, or court judge [tribunal] entertaining an Application for a Writ of Habeas Corpus, **shall forthwith award the Writ**; or, issue an Order directing the respondents to show cause why the Writ should not be granted; unless it appears from the Application that the applicant, or person detained, is not entitled thereto. The Writ, or Order to Show Cause, shall be directed to the person having custody of the person detained. It shall be returned within three (3) days.
>
> The privilege of the Writ of Habeas Corpus shall not be suspended... United States Constitution, Article I, Section 9.

3) This Habeas Corpus is prosecuted because the taking of the People into custody was without due process in a court of law, a/k/a court of record. The respondents' court acted under statutes; and, therefore, was not a court of record; but, rather, a nisi prius court. Thereby jurisdiction was fraudulently acquired without petitioner volunteering, or knowingly agreeing to the proceeding.
4) Petitioner was not indicted by an unbiased common law grand jury, if Respondents gathered a biased statutory jury; a jury not under common law; a jury under a court not of record, i.e., not at law[5] it would be a jury which has no power to fine or imprison.[6]

---

[5] **AT LAW:** This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity. Blacks 4th.

[6] **COURTS OF RECORD and COURTS NOT OF RECORD:** *"...the former* [Courts of Record] *being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony; and, which have power to fine or imprison for contempt. Error lies to their judgments; and, they generally possess a seal. Courts Not of Record are those of inferior dignity, which have no power to fine or imprison; and, in which the proceedings are not enrolled or recorded."* 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga.,

5) No State can deprive any person of life, Liberty, or property, without due process of law; nor, deny any person within its jurisdiction the equal protection of the laws. Any court that ignores due process is not a common law court. Such action of a court that deprives or denies due process of law proves that court to be unlawful; and, consequently, having no legal authority over the petitioner without his consent.

   Pursuant to Supreme Court Annotated Statute: *"The State citizen is immune from any and all government attacks and procedure."* Dred Scott v. Sanford, 60 U.S. 19 How. 393. The Supreme Court has stated clearly: *"...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen* [fellowman] *without his consent."* Cruden v. Neale, 2 N.C. 338 2 S.E. 70.

6) The nisi prius court is, in fact, a nisi prius court falsa because respondents have taken unlawful dominion of petitioner so as to deprive him of his court of law. Petitioner should be immediately released so that he may return to the jurisdiction of his own court. Any charges of incompetence are fraud on the court. See Affidavit(s) attached.

7) Petitioner herein declares: He has seen no sworn documentary evidence from a competent fact witness to lawfully assert a challenge to his competency as one of the People; no servant has the authority to declare differently without evidence in a court of law; government servants cannot restrain or incarcerate people because they disagree with them.

   Any constitutional provision intended to confer a benefit should be liberally construed in favor of the clearly intended and expressly designated beneficiary. *"Then* [that] *a constitution should receive a literal interpretation in favor of the Citizen is especially true with respect to those provisions which were designed to safeguard the Liberty and security of the Citizen in regard to person and property."* 16Am Jur 2d, Sec. 97; Byars v. United States, 273 U.S. 128.

9) Petitioner has been subjected to unlawful imprisonment or restraint. Petitioner is thus petitioning [through his authorized agent, his next friend], for a Writ of Habeas Corpus to demand that his Liberty be restored.

---

24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

**BECAUSE THE RESPONDENTS' COURT SHOULD HAVE BEEN A COURT OF RECORD BUT INSTEAD FRAUDULENTLY CONCEALED ITS JURISDICTION UNDER COLOR OF LAW A WRIT OF HABEAS CORPUS SHOULD ISSUE**

10) The Constitution for the United States of America, Article III, Section I, grants that judges, both of the Supreme and inferior courts, shall hold their offices during good behavior.[7] No judge may act without jurisdiction; and, all lawful jurisdictions must be ordained and established[8] by the People.

11) The Constitution for the United States of America, Article IV, Section 4, guarantees a Republican Form of Government,[9] and protection against domestic Violence. When a judge enforces acts beyond his authority under color of law,[10] judicial immunity is lost.[11] Such actions are nothing less than lawless violence.[12] Likewise, legislative jurisdiction that is not authorized by the United States Constitution is as inoperative as though it had never been passed;[13] and, judges proceeding without jurisdiction are indictable for treason.[14] Judges are expected to know the law.

12) The Constitution for the United States of America, Article III, Section 2, authorizes two (2) jurisdictions: Law and Equity.[15] A court of equity follows the forms and procedure of

---

[7] **GOOD BEHAVIOR:** "Good behavior" means conduct that is authorized by law. "Bad behavior" means conduct such as the law will punish. State v. Hardin, 183 N.C. 815, 112 S.E. 593, 594; Orderly and Lawful Conduct. Huyser v. Com., 25 Ky.L. Rep. 608, 76 S.W. 175; In re Spenser, 22 Fed.Cas. 921; "Good behavior" means conduct conformable to law; or, to the particular law theretofore breached. Ex parte Hamm, 24 N.M. 33, 172 P. 190, 191, L.R. A.1918D, 694; Baker v. Commonwealth, 181 Ky. 437, 205 S.W. 399, 401.

[8] **U.S. CONSTITUTION, PREAMBLE:** *"We the people of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."*

[9] **U.S. CONSTITUTION, ARTICLE IV, SECTION 4:** *"The United States shall guarantee to every State in this Union a Republican Form of Government; and, shall protect each of them against Invasion; and, on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."*

[10] **COLOR OF LAW:** The appearance or semblance of legal right without the substance. Black's 4th; State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148; *"Misuse of power* [is power] *possessed by virtue of State law; and,* [is] *made possible only because* [the] *wrongdoer is clothed with authority of State;* [and,] *is action taken under 'color of State law'."* Atkins v. Lanning, 415 F. Supp. 186, 188.

[11] *"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."* Rankin v. Howard, (1980) 633 F.2d 844, cert. den.; Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

[12] *"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and, an attempt to enforce it beyond these boundaries is nothing less than lawless violence."* Ableman v. Booth, 21 Howard 506 (1859).

[13] *"An unconstitutional act is not law; it confers no right; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed."* Norton v. Shelby County, 118 U.S. 425 p.442.

[14] *"We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution."* Cohen v. Virginia (1821) 6 Wheat. 264; U.S. v. Will, 449 U.S. 200.

[15] **U.S. CONSTITUTION, ARTICLE III, SECTION 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority.

chancery as distinguished from common law.[16] A "court of equity" and a "court of chancery" are synonymous.[17] A court of law means court of common law,[18] a court for the People. In alleged[19] criminal cases, when judges claim that they are bound by legislation authorized by the Constitution as they act under equity, rather than law, they commit fraud on the court. The Law of the Land is common law,[20] not equity; and, judges in every State are bound thereby.

13) Statutory courts are nisi prius[21] courts; courts not of record; courts proceeding according to statutes. They have no power to fine or imprison; and, to do so is a crime. Courts of law are courts of record and proceed according to common law. Petitioner was falsely charged; petitioner objects to the nisi prius court herein on the record in writing, thereby rejecting statutory jurisdiction; and, proceeds according to common law.

14) Under Common Law the following maxims apply:

> *"For there to be a crime, there must to be a victim (corpus delicti). In the absence of a victim there can be no crime."*
>
> *"For a crime to exist there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."* Sherar v. Cullen, 481 F. 945.

15) Constitutions must be construed to reference the common law; summary proceedings are null and void:[22] *"'As to the construction with reference to Common Law, an important cannon of*

---

[16] **COURT OF EQUITY:** A court which has jurisdiction in equity; which administers justice and decides controversies in accordance with the rules, principles, and precedents of equity; and, which follows the forms and procedure of chancery; as distinguished from a court having the jurisdiction, rules, principles, and practice of the common law. Thomas v. Phillips, 4 Smedes & M., Miss., 423.

[17] **"EQUITY" and "CHANCERY":** "Court of Equity" and "Court of Chancery" are constantly used as synonymous in the United States. It is presumed that this custom arises from the circumstance that the equity jurisdiction, which is exercised by the courts of the various States, is assimilated to that possessed by the English courts of chancery. Indeed, in some of the States, it is made identical therewith by statute, so far as conformable to our institutions. Wagner v. Armstrong, 93 Ohio St. 443, 113 N.E. 397, 401.

[18] **AT LAW:** Is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity. Black's 4th.

[19] *"The law itself is on trial quite as much as the cause which is to be decided."* Harlan F. Stone, 12th Chief Justice U.S. Supreme Court, 1941.

[20] **U.S. CONSTITUTION, ARTICLE VI:** This Constitution and the Laws of the United States which shall be made in Pursuance thereof; and, all Treaties made, or which shall be made, under the Authority of the United States, shall be the Supreme Law of the Land; and, the judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary notwithstanding.

[21] **NISI PRIUS:** Where courts bearing the name "nisi prius" exist in the United States, they are instituted by statutory provision. "Nisi prius" is a Latin term. "Prius" means "first". "Nisi" means "unless". A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi prius procedure is a procedure to which a person has failed to object. A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first. Bouvier's Law; Black's 5th.

[22] **SUMMARY PROCEEDINGS:** Summary proceedings are those matters, which when in dispute, are decided without the intervention of a jury. Summary proceedings must be authorized by the legislature; except, perhaps, in cases of contempt, because summary proceedings are unknown to the common law. When cases are to be adjudged

*construction is that constitutions must be construed to reference to the Common Law.' The Common Law permitted destruction of the abatement of nuisances by summary proceedings; and, it was never supposed that a constitutional provision was intended to interfere with this established principle; and, there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several States. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood."* 16Am Jur 2d, Sec. 114.

16) Respondent Judge acted without constitutional authority, thereby without jurisdiction and under color of law, using unconstitutional statutes and summary proceedings that are null and void under common law. Furthermore, respondent Judge refused to identify the jurisdiction he was operating under, which clearly was not under common law; and, therefore, was under statute, a court not of record, a court without the power to imprison, a court without the consent of petitioner, a court thereby acting under fraud; therefore, a Writ of Habeas Corpus should issue.

## BECAUSE NO JURISDICTIONAL BASIS FOR CUSTODY HAS BEEN PROFFERED OR STATED A WRIT OF HABEAS CORPUS SHOULD ISSUE

17) Broad Meaning of Jurisdiction on Habeas Corpus: For purposes of the Writ of Habeas Corpus, as for purposes of prohibition or certiorari, the term "jurisdiction" is not limited to its fundamental meaning; and, in such proceedings, judicial acts may be restrained or annulled if they are determined to be in excess of the court's powers, as defined by constitutional provision, statute, or rules developed by courts.

18) The Liberty of the People is restrained by the CUSTODIANS:

a. Petitioner is in custody by color of the authority of the de facto court, and/or the custodians; and, is or was committed for trial before some court thereof. 28 U.S.C. §2241(c)(1).

b. Petitioner is in custody, in violation of the Constitution or laws of the United States. 28 U.S.C. §2241(c)(3).

19) Although the true cause of custody of petitioner has not been stated by the respondents, petitioner, on information received, believes that the claim of authority is under color of law, in violation of the constitutions of the State, and the United States of America. The true basis for jurisdiction by the custodians has never been proffered or stated. Petitioner, as one of the People, has never knowingly or voluntarily agreed to such jurisdiction. Petitioner has disputed, and continues to dispute, any false allegation that he has so agreed.

---

promptly, without any unnecessary form, the proceedings are said to be summary. In no case can the party be tried summarily, unless such a proceeding is authorized by legislative authority; except, perhaps, in the case of contempt, because the common law is a stranger to such a mode of trial. Bovier's Law; 4 Bl. Com. 280; 20 Vin. Ab. 42; Boscawen on Conv.; Paley on Convict.; vide Convictions.

20) The jurisdictional facts leading up to the custody and restraint are unknown to the petitioner. The jurisdictional facts by which the custodians presume authority to continue to deprive the petitioner of his court are unknown to the petitioner.

21) The petitioner, on information and belief, alleges that the custodians are funded in whole or in part by the STATE. Thus motivated, they are acting under color of law as contractual agents of their principal, the STATE.

22) The court lacks Personam Jurisdiction because it proceeds under statutes; is, therefore, a nisi prius court not of record; and, does not have petitioner's consent.

23) Petitioner did not consent; and, therefore, is immune from any and all government attacks and procedures.[23]

24) Petitioner is independent of all laws, except those prescribed by nature; and, is not bound by any institutions formed by his fellowman without petitioner's consent.[24]

25) The custodians do not state, and the proceedings do not show, any lawful authority or jurisdictional facts enabling the custodians to lawfully take dominion over a People of this State. Lacking such jurisdiction, their actions can only be under color of law, violating due process, in order to execute their own private agendas, whatever those may be. Therefore, a Writ of Habeas Corpus should issue.

## A WRIT OF HABEAS CORPUS IS A PROPER REMEDY BECAUSE PETITIONER WAS DEPRIVED OF HIS LIBERTY WITHOUT DUE PROCESS

26) Respondents proceeded as a court of equity, which is not a court of record; and, therefore, had no power to imprison petitioner.

> **Confirmatio Cartarum:** [25] *"...sovereign People shall not be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed... but by lawful judgment of his peers or by the law of the land."* Magna Carta, Chapter 39, sometimes referred to as Chapter 29.

27) Petitioner responded obsta principiis[26] from the beginning; and/or, continues the same, against said first of all courts not of record, state or federal.

28) Petitioner was denied due process of law, which denial of due process of law, violated petitioner's unalienable rights as protected by the 5th Amendment:

---

[23] **SUPREME COURT ANNOTATED STATUTE:** *"The state citizen is immune from any and all government attacks and procedure."* Cruden v. Neale, 2 N.C. 338 2 S.E. 70; Dred Scott v. Sanford, 60 U.S. 19 How. 393.

[24] *"...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."* Cruden v. Neale, 2 N.C. 338 May Term 1796.

[25] **CONFIRMATIO CARTARUM 1297:** The Magna Carta must be accepted as the common law by government. The Magna Carta is the supreme law. All other contrary law and judgments are void.

[26] **OBSTA PRINCIPIIS:** (Latin) Withstand beginnings; resist the first approaches or encroachments. J. Bradley, Boyd v. U.S., 116 U.S. 635, 6 S.Ct. 535, 29 L.Ed. 746.

*"No person shall be... deprived of life, Liberty, or property, without due process of law. Due course of law: this phrase is synonymous with due process of law, or 'law of the land'; and, means law in its regular course of administration through courts of justice."* Kansas Pac. Ry. Co. v. Dunmeyer 19 Kan 542; *"Law in its regular course of administration through courts of justice* [courts of record] *is due process."* Leeper v. Texas, 139 U.S. 462, 11 S.Ct. Rep 577, 35 L.Ed 225.

29) Petitioner was deprived of his unalienable right of due process in a "court of law", a/k/a common law, as secured by the 5th Amendment; and, therefore, a Writ of Habeas Corpus should issue.

**BECAUSE PETITIONERS WERE THE VICTIMS OF BARRATRY, MAINTENANCE AND CHAMPERTY A WRIT OF HABEAS CORPUS SHOULD ISSUE**

30) Petitioners charge all respondents with conspiracy to execute common barratry [27], maintenance[28] and champerty.[29]

**A WRIT OF HABEAS CORPUS IS A PROPER REMEDY BECAUSE CUSTODIANS HAVE ENGAGED IN PROSECUTORIAL VINDICTIVENESS; BURDEN IS UPON RESPONDENTS TO REBUT PRESUMPTION**

31) The incarceration, detainment, confinement, or restraint was vindictive because petitioner refused to cooperate statutory proceedings and demands common law.

32) Respondents conspired to break him through restraint or incarceration.

33) The court not of record that has no power to restrain, imprison, take property or fine and/or is holding petitioner for the action of the statutorily instructed and reactive grand jury.

34) Petitioner objects to the jurisdiction and process of the court not of record.

35) The court not of record that has no power to restrain, imprison, take property or fine; and, in violation of its own corporate charter, has, therefore, unlawfully restrained the liberty or property of petitioner.

---

[27] **BARRATRY:** In criminal law. Also spelled "Barretry." The offense of frequently exciting and stirring up quarrels and suits, either at law or otherwise. 4 Bla.Com. 134; State v. Batson, 220 N.C. 411, 17 S.E.2d 511, 512, 513.; "Common barratry is the practice of exciting groundless judicial proceedings." Pen.Code Cal. § 158; Lucas v. Pico, 55 Cal. 128; Com. v. McCulloch, 15 Mass. 229; Ex parte McCloskey, 82 Tex.Cr.R. 531, 199 S.W. 1101, 1102.

[28] **MAINTENANCE:** consists in maintaining, supporting, or promoting the litigation of another.; "Act of maintaining, keeping up, supporting; livelihood; means of sustenance." Federal Land Bank of St. Louis v. Miller, 184 Ark. 415, 42 S.W.2d 564, 566.

[29] **CHAMPERTY:** is a bargain to divide the proceeds of litigation between the owner of the liquidated claim and a party supporting or enforcing the litigation. Draper v. Lebec, 219 Ind. 362, 37 N.E.2d 952, 956.; A bargain by a stranger with a party to a suit, by which such third person undertakes to carry on the litigation at his own cost and risk, in consideration of receiving, if successful, a part of the proceeds or subject sought to be recovered. Small v. Mott, 22 Wend., N.Y., 405; Gilman v. Jones, 87 Ala. 691, 5 So. 785, 7 So. 48, 4 L.R.A. 113; Jamison Coal & Coke Co. v. Goltra, C.C.A.Mo., 143 F.2d 889, 895, 154 A.L.R. 1191.; The purchase of an interest in a thing in dispute, with the object of maintaining and taking part in the litigation. 7 Bing. 378.

36) Respondents, in violation of 18 U.S.C. §241;[30] 18 U.S.C. §242;[31] 42 U.S.C. §1983;[32] and, 42 U.S.C. §1985,[33] exceeded their jurisdiction; acted under color of law, using statutes to willfully subject petitioner to retaliatory incarceration and/or restraint while conspiring to deprive petitioner of his rights; and, acted to injure, oppress, threaten, and intimidate petitioner in an attempt to prevent the free exercise and enjoyment of petitioner's unalienable rights of Liberty and due process.

37) Respondents, in violation of 18 U.S.C. §2382,[34] acted treasonously when they imprisoned or restrained petitioner and concealed both their actions and the hidden-court, bond-chattel, moneymaking enterprise operating under color of law; all acting knowingly in concert, with none dissenting.

38) Demand is now made to make full material fact disclosure; to see financial books of the Court Registry Investment System; make disclosure of the bid bond, payment bond, and the performance bond underwritten against this case; and, make an offer of proof in the aforesaid matters. Demand is also made to show how the court is not profiteering by way of petitioner's incarceration; show with clean hands how it does not have a strong financial interest to incarcerate the petitioner, and deprive petitioner of his constitutionally-protected due process rights; and, further explain how the court is not operating constitutionally infirm, and committing honest services fraud against We the People.

39) Respondents exceeded their authority, thereby acting under color of law to injure petitioner.

40) Petitioner has not waived common law venue; and, insists on proceeding in a court of record, which is petitioner's unalienable right.

41) Petitioner maintains his position as a natural [wo]man, and not a person or corporation.

---

[30] **18 U.S.C. §241 CONSPIRACY AGAINST RIGHTS:** If two (2) or more persons conspire to injure, oppress, threaten, or intimidate any person, in any State, in the free exercise or enjoyment of any right, they shall be fined under this title, or imprisoned not more than ten (10) years, or both.

[31] **18 U.S.C. §242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person, in any State... to the deprivation of any rights... shall be fined under this title, or imprisoned not more than one (1) year, or both.

[32] **42 U.S.C. §1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS:** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State... subjects, or causes to be subjected, any... person within the jurisdiction thereof, to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

[33] **42 U.S.C. §1985 CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS:** If two (2) or more persons in any State or Territory conspire for the purpose of depriving, either directly or indirectly, [of] any rights, the party so injured or deprived may have an action for the recovery of damages against any one (1) or more of the conspirators.

[34] **18 U.S.C. §2382 MISPRISION OF TREASON:** Whoever having knowledge of treason, conceals, and does not make known the same to some judge, is guilty of treason for contempt against the sovereign; and, shall be fined under this title, or imprisoned not more than seven (7) years, or both.

This application for a Writ of Habeas Corpus is signed by petitioner or on behalf of petitioner by Next Friend, acting on petitioners' behalf.[35] 28 U.S.C. §2242.

**Next Friend:** *"A next friend is a person who represents someone who is unable to tend to his or her own interest."* Federal Rules of Civil Procedures Rule 17, 28 U.S.C.A.

Petitioner

**Date:** March 10, 2020

[35] **NEXT FRIEND:** Based on Title 28 U.S.C. §454 1940 ed. (R.S. §754). Words *"or by someone acting in his behalf"* were added. This follows the actual practice of the courts, as set forth in United States ex rel. Funaro v. Watchorn, C.C. 1908, 164 F. 152; Collins v. Traeger, C.C.A. 1928, 27 F.2d 842, and cases cited.

# Affidavit of Barbara Therese Pielack

I, Heatherlee Yorty, Affiant, next friend to Barbara Therese Pielack, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts, do hereby swear that the following facts are true, correct and not misleading:

In May, 2006, in London, Ky, I, Barbara Therese Pielack with my Common Law husband of 9 years, James Russell Thornton, actively fostered a troubled youth of 15 years. Attempts to help the girl stay off drugs and stop truancy failed. Early July 2006 we ceased our involvement. Approximately the same time, Jim turned 65 yrs. and retired from the federal government.

On or about November, 2006, LaTosha Pence made false accusations of sexual harassment, rape and sodomy against my husband and myself.

Under interrogation, my husband and I made statements addressing the truth, we were denied counsel and incarcerated, without due process. I was then separated from my husband and we were never together again.

On or about April 2007, my husband and I were forced against our will and without legal counsel, to sign a waiver for a Writ of Habeas Corpus by Judge Bill Reinhardt of Superior Court, Irwin County, Georgia.

We were then transported to Kentucky by order of Chief Judge Paula Daniels of the Magistrate Court, Irwin County, Ocilla, Georgia and incarcerated overall 9 months in county jail.

At trial I was forced to plea whatever my husband plead, thereby being falsely convicted, under color of law in the 27th Judicial Circuit Court, Laurel County, London, Kentucky. I was sentenced to 25 years of probation.

The judicial courts of the 27th Judicial Circuit, Laurel County, London, Kentucky, Judge Gregory A. Lay/Prosecutor Danny Evans put my husband Jim Russell Thornton on probation immediately upon release so as to further separate husband and wife by distance.

Without my companionship, my husband was eventually forced to live in a homeless shelter. He was then hit by a car. He was eventually placed in a Veteran's Hospital, were he died of his injuries.

I had no choice but to go to Michigan to my sisters to live. I am now under constant surveillance by State Police and Federal officers. The tenants of my probation mean I am never to come near any child. If there are children nearby, I must leave. I am not allowed to go or live certain places. I can not talk to certain people.

There is a long list of incarceration/probationary statues and rules, for someone falsely accused and set-up, that I am put under constraints to follow. I am on constant surveillance by the police to make sure I have not gone astray.

So, I stay in my little house with my doors locked in seclusion, praying for my freedom. My life would be a continued Hell on earth except for YESHUA/JESUS who is my stay, the Glory and the lifter of my head.

It is my wish to be restored to my original state before this unlawful incident happened, by any lawful means.

Heatherlee Yorty, Next Friend

**NOTARY**

In Michigan State, Leelanau County, on this 29 day of February, 2020, before me, Hillary Rickelmann, the undersigned Notary Public, personally appeared Heatherlee Yorty, to me known to be the living (wo)man described herein, who executed the forgoing instrument, and has sworn before me that he/she executed the same as his/her free-will act and deed.

(Notary seal)

Notary

My commission expires: June 20, 2024

HILLARY RICKELMANN
Notary Public - State of Michigan
County of Grand Traverse
My Commission Expires Jun 20, 2024
Acting in the County of Leelanau

Case: 2:20-mc-50607
Judge: Michelson, Laurie J.
MJ: Stafford, Elizabeth A.
Filed: 03-14-2020 At 11:41 AM
IN RE BARBARA PIELACK (SS)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway, Albany, NY. 12207-2936 •

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

United States Grand Jury[1] (*Status: sovereign*[2])
Tribunal, the People

- against -

United States Supreme Court, Federal Judiciary U.S. Senate, U.S. House of Representatives, and ABA
(*Status: clipped sovereignty*)

Defendants

**JURISDICTION:** Court of Record[3]
Law Case No. 1776-1789-1791-2019

Administrator Grand Jury Foreman
Depository Case No. 1:16-CV-1490

**EXTRAORDINARY ACTION REVIEWING THE RECORD AND ORDER**

Copied: President Trump, AG William Barr

**COMES NOW** the above entitled Court of Record to review the record. This is our closing statement after which the court is adjourned until after the draining of the swamp and the enemies of liberty are brought to justice, at which time we will make an assessment, remove the olive branch, and summarily determine the facts and reiterate the matter as law and justice require. Meanwhile, we will continue to file joinders, habeas corpuses, and indictments of federal and state judges that ignore due process.

We the People have declared that, "*Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object reveals a design to reduce them under absolute Despotism... it is their right, it is their duty, to throw off such* [Tyrannical Guards], *and to provide new Guards for their future security.*"[4]

---

[1] **The UUSCLGJ** is comprised of fifty Grand Juries each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverters both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] "**'Sovereignty'** means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] Declaration of Independence.

**FINDING OF FACTS**

The United States Supreme Court and the Federal Judiciary orchestrated by the insidious American Bar Association (ABA) have covertly abrogated the Law of the Land via the "Rules Enabling Act of 1934." The ABA is the second top ranking special interest lobbying group contributing $47,181,735 to members of the 116th Congress during the 2019-2020 election cycle in return for their support when voting, a/k/a a bribe. Lobbying is a repugnant process by which cunning, ambitious, and unprincipled men enabled themselves to subvert the power of the people and to usurp for themselves the reins of Congress and the Federal Courts, via their filthy lucre. The history of the ABA is a history of repeated destruction of our Constitutional Republic, all having in direct object the establishment of an absolute Tyranny over these States and the People, via repugnant civil law.

> *"Civil Law, Roman Law and Roman Civil Law are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called municipal law, to distinguish it from the law of nature, and from international law."*[5]

Federal Rule 2's civil law is repugnant to the Constitution it is "NOT LAW"! Federal rule 2 is subversion against the United States of America. We have in the past and herein do also nullify federal rule 2 and proceed under the rules of common law. 16th American Jurisprudence states that, "*the general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement* [how much more by rule]. *It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows:*"

> "*The General rule is that an unconstitutional statute, though having the form and name of law is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment and not merely from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted. "Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute [OR RULE] runs counter to the fundamental law of the land, it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*"

The "Rules Enabling Act of 1934" gave the US Supreme Court the power to make rules of procedure and evidence for federal courts as long as §2072(b): "*Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect after*

---

[5] Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189. Cal. 170, 244 P. 323, 325.

*such rules have taken effect.*" The United States Supreme Court ignored said restriction, ignored their oath, and under the civil law teachings of the ABA wrote and enforced the rules enabling act in violation of 18 USC §2(a): "*Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal*" and in violation of 18 USC §2385 "*Advocating overthrow of Government.*" And thereby the teachings of the ABA, the US Supreme Court, and its Judiciary conspired to and did unlawfully:

1) abrogate equity,
2) abrogate Natural Law,
3) abrogate due process,
4) abrogate the Constitution,
5) abrogate habeas corpus,
6) conceal common law courts of record,
7) replace unalienable rights with civil rights,
8) intimidate, stack, and taint grand jurists,
9) intimidate, stack, and taint petit jurists, and
10) incarcerated 1000's of people without due process.

We the People are endowed by our Creator with certain unalienable Rights. And to secure these rights, we vested Judicial Power in one Supreme Court and in ninety-four inferior federal district courts. We the People permit the judges of both the supreme and inferior courts to hold their offices during good behavior! We would like to remind you that your powers "derive from the consent of We the People,[6] and that whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter, and to institute new Servants,"[7] who will adjudicate in the Light of the Law of the Land that we ordained, that we believe would seem most likely to affect our Safety and Happiness and, not what traitorous ABA judges believe! We are not interested in what judges believe, we demand your unyielding obedience to American Jurisprudence and natural law. We told you these things via our founding documents that you took an oath to support defend and protect, but We the People, being lulled to sleep, have been betrayed.

"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty then in this country, abides with the constituency, and not with the agent. This remark is true, both in reference to the federal and state government."[8] "The doctrine of Sovereign Immunity is one of the Common Law immunities and defenses that are available to the Sovereign."[9] "In the United States, sovereignty resides in people. Congress cannot invoke the sovereign power of

---

[6] U.S. Constitution.
[7] Declaration of Independence.
[8] Spooner v. McConnell, 22 F 939 @ 943.
[9] Yick Wo v. Hopkins, 318 US 356, 371 and Terry v. Ohio, 392 US 1, 40.

the People to override the will [of the People]."[10] "It will be admitted on all hands, that with the exception of the powers granted to the states and the federal government through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."[11]

We are appalled by the arrogance and malevolence of so many federal judges that abhor justice, preferring the repugnant status quo thereby, selling their soul for their portion of thirty pieces of silver! "[*We*] *the People have an indubitable, unalienable, and indefeasible right to reform or change* [*our*] *Government, whenever it be found adverse or inadequate to the purposes of its institution*."[12] These maleficent judges believe that they are to "privately interpret the law" and not adhere to "American Jurisprudence." They believe that they are above the law, that they answer to no one, and that they have sovereign immunity. Let this communique serve notice to all federal district judges that you have no such immunity when you act under the color of law and outside your authority that we "vested" you with. It is We the People alone, by the blessing of God have sovereign immunity[13] from statutes, codes, regulations, and your de facto civil law.

Be forewarned, that this organic Unified United States Common Law Grand Jury, a/k/a the tribunal of this "court of record," has decided that the removal of all lawless judges via indictments is the appropriate action when being denied due process which, within any lawful society, is our most precious of all unalienable rights, without which there is no redress, leaving us with only our second unalienable right to exercise our liberty to redress our grievances!

Judges are creatures of the law and are bound to obey it. If judges break the law, they can be removed for bad behavior, prosecuted and sued for damages, they are duty bound to obey the Law. If judges fail to defend the Constitution when it is brought before them, they war against it and must be removed and possibly tried for treason.

We do not see the United States Supreme Court defending the "Law of the Land." There is a common law maxim that states, "*For every injury there must be a remedy*." We the People will have our remedy. And, since most of Congress is guilty of subversion, fraud, and RICO, they are incapable of impeaching you. Therefore, We the People will perform such an extraordinary action via indictments, which is our unalienable right, as we await the imminent removal of what lies beneath the swamp. Article III Section 1 is clear and states: "*The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices* ***during good behavior***."

---

[10] Perry v. US, 294 U.S330.
[11] Lansing v. Smith, 4 Wendell 9, (NY) 6 How416, 14 L. Ed. 997.
[12] James Madison.
[13] Sovereign Immunity – "The doctrine of Sovereign Immunity is one of the Common-Law immunities and defenses that are available to the Sovereign." – Yick Wo v. Hopkins, 318 US 356, 371 and Terry v. Ohio, 392 US 1, 40.

## TAKE JUDICIAL NOTICE[14]

I "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..."[15]

II At least since 1938, the de facto United States Supreme Court and its subservient Federal Judiciary adjudicate without lawful authority, but by rule, under roman civil law,[16] in jurisdictions unknown! "Under federal Law if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers."[17]

III "The natural liberty of man is to be free from any superior power on Earth and not to be under the will or legislative authority of man, but only to have the law of nature for his rule;" NOT the rules of a court.[18]

IV "The decisions of a superior court may only be challenged in a court of appeal. The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. <u>Decisions of a court of record may not be appealed</u>. It is binding on ALL other courts. However, no statutory or constitutional court, whether it be an appellate or supreme court, can second guess the judgment of a court of record. The judgment of [this de jure] ~~a~~ court of record, whose jurisdiction is final, is as conclusive on all the world as the judgment of ~~this court~~ [the U.S. Supreme Court] would be. It is as conclusive on ~~this court~~ [the U.S. Supreme Court] as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."[19]

V Government is a creature of the law with a clipped sovereignty sufficient only to exercise their vested powers. We the People, the children of nature's God, receiving our sovereign authority, and unalienable rights, to create an indissoluble government by consent, whose duty is to secure our rights,[20] not deprive our rights![21]

---

[14] **JUDICIAL COGNIZANCE:** Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence. Black's Law Dictionary, 5th Edition, page 760.

[15] U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

[16] **LAW:** "Civil Law, Roman Law and Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called municipal law, to distinguish it from the law of nature, and from international law." Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189. Cal. 170, 244 P. 323, 325.

[17] Basso v. UPL, 495 F. 2d 906; Brook v Yawkey, 200 F. 2d 633; Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).

[18] Samuel Adams.

[19] Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

[20] **Declaration of Independence:** When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. We hold these truths to be self-evident, that

VI The unalienable right of the sovereign People to self-governance was ordained by God, established in the Declaration of Independence and ordained by We the People who are the authority of all law via the Constitution. Any servant who resists these truths wars against the Constitution, the Governor of the Universe and the People. The People owe the State nothing and are under no obligation that would require the People to seek leave from any servant who has no jurisdiction or authority over them. We are not "subjects of the state" but the "masters thereof."

VII "The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative."[22] "His (*God's*) judges (*juries*) are the mirror by which the king's image (righteousness) is reflected."[23] "A consequence of this prerogative is the legal ubiquity of the King. His Majesty (God) in the eye of the law is always present in all his courts, though he cannot personally distribute justice."[24] "His judges are the mirror by which the King's Image is reflected."[25]

VIII Natures God[26] is the Sovereign Governor of the universe, the creator of all things, whose jurisdiction is eternal, even to the very souls of man.[27] In the beginning, He vested man with authority over His creation and commanded that he subdue[28] those[29] who are subtle[30] and would force us into bondage.[31]

---

all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

[21] **Preamble:** We the people of the United States, in order to … secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

[22] Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[23] 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

[24] Fortesc.c.8. 2Inst.186.

[25] 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

[26] **Declaration of Independence** – People assumed among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them.

[27] **Isa 45:5-12** "I am the LORD, and there is none else, there is no God beside me: I girded thee, though thou hast not known me: That they may know from the rising of the sun, and from the west, that there is none beside me. I am the LORD, and there is none else. I form the light, and create darkness: I make peace, and create evil: I the LORD do all these things. Drop down, ye heavens, from above, and let the skies pour down righteousness: let the earth open, and let them bring forth salvation, and let righteousness spring up together; I the LORD have created it. Woe unto him that striveth with his Maker! Let the potsherd strive with the potsherds of the earth. Shall the clay say to him that fashioneth it, What makest thou? or thy work, He hath no hands? Woe unto him that saith unto his father, What begettest thou? or to the woman, What hast thou brought forth? Thus saith the LORD, the Holy One of Israel, and his Maker, Ask me of things to come concerning my sons, and concerning the work of my hands command ye me. I have made the earth, and created man upon it: I, even my hands, have stretched out the heavens, and all their host have I commanded."

[28] **Genesis 1:26-31** "Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. So God created man in his own image, in the image of God created he him; male and female created he them. And God blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it: and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth. And God said, Behold, I have given you every herb bearing seed, which is upon the face of all the earth, and every tree, in the which is the fruit of a tree yielding seed; to you it shall be for meat. And to every beast of the earth, and to every fowl of the air, and to everything that creepeth upon the earth, wherein there is life, I have given every green herb for meat: and it was so. And God saw everything that he had made, and, behold, it was very good."

In 1776, We the People, via America's foundational document, the Declaration of Independence, covenanted with Natures God, acknowledging His jurisdiction and laws and thereby received His blessings of Liberty being "freedom from all law but His."[32]

IX "Any government, that is its own judge of, and determines authoritatively for the people, what are its own powers over the people, is an absolute government of course. It has all the powers that it chooses to exercise. There is no other or at least no more accurate definition of despotism than this."[33]

X For more than eight hundred years that is, since Magna Carta, in 1215 there has been no clearer principle of English or American constitutional law, than that, in criminal cases, it is not only the right and duty of juries to judge what are the facts, what is the law, and what was the moral intent of the accused; but that it is also their Unalienable Right, and their Primary and Paramount Duty, to Judge of the Justice of the law, and to hold all laws invalid, that are, in their opinion, unjust or oppressive, and all persons guiltless in violating, or resisting the execution of, such laws. Unless such be the right and duty of jurors, it is plain that, instead of juries being a "palladium of liberty" a barrier against the tyranny and oppression of the government they are really mere tools in its hands, for carrying into execution any injustice and oppression it may desire to have executed.[34]

XI "Treason consists of two elements: Adherence to the enemy, and rendering him aid and comfort.[35]

**EVIDENCE**

We have filed and served 35 (*and counting*) Habeas Corpuses (*listed herein*) and federal district judges concealed and carried away said judicial proceedings that we deposited with the clerk in violation of

---

[29] Gen 3:1-7 "Now the serpent was more subtle than any beast of the field which the LORD God had made. And he said unto the woman, Yea, hath God said, Ye shall not eat of every tree of the garden? And the woman said unto the serpent, We may eat of the fruit of the trees of the garden: But of the fruit of the tree which is in the midst of the garden, God hath said, Ye shall not eat of it, neither shall ye touch it, lest ye die. And the serpent said unto the woman, Ye shall not surely die: For God doth know that in the day ye eat thereof, then your eyes shall be opened, and ye shall be as gods, knowing good and evil. And when the woman saw that the tree was good for food, and that it was pleasant to the eyes, and a tree to be desired to make one wise, she took of the fruit thereof, and did eat, and gave also unto her husband with her; and he did eat. And the eyes of them both were opened, and they knew that they were naked; and they sewed fig leaves together, and made themselves aprons."

[30] Cunning in a bad sense those who are elusive, insidious pernicious and difficult to detect.

[31] **Isa 14:12-17** "How art thou fallen from heaven, O Lucifer, son of the morning! how art thou cut down to the ground, which didst weaken the nations! For thou hast said in thine heart, I will ascend into heaven, I will exalt my throne above the stars of God: I will sit also upon the mount of the congregation, in the sides of the north: I will ascend above the heights of the clouds; I will be like the most High. Yet thou shalt be brought down to hell, to the sides of the pit. They that see thee shall narrowly look upon thee, and consider thee, saying, Is this the man that made the earth to tremble, that did shake kingdoms; That made the world as a wilderness, and destroyed the cities thereof; that opened not the house of his prisoners?"

[32] **Declaration of Independence** – We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

[33] "Essay on the Trial by Jury, by Lysander Spooner.

[34] "Essay on the Trial by Jury, by Lysander Spooner.

[35] Cramer v. U. S., U.S.N.Y., 65 S.Ct. 918, 932, 325 U.S. 1, 89 L.Ed. 1441.

18 USC §1519[36] and 18 USC §2071.[37] Leaving many people falsely imprisoned, children stolen from their parents, and the elderly and their estates are stolen from their children.

We have filed and served 55 (*and counting*) Amicus Curiae (*listed herein*) demanding due process or dismissal of these unlawful procedures on behalf of People losing their homes via "non-judicial foreclosures." As these village, town, city and county judges concealed and carried away said judicial proceedings that we deposited with the clerk of the court in violation of 18 USC §1519[38] and 18 USC §2071, as they ignore the move to federal court for cause in collusion with Federal Court Judge Lawrence E. Kahn, leaving their victims in jurisdictions unknown.

We have filed and served 36 (*and counting*) Amicus Curiae (*listed herein*) on behalf of People in various cases who have been denied due process and suffered losses. As village, town, city and county judges concealed and carried away said judicial proceedings, that we deposited with the clerk of the court, in violation of 18 USC §1519[39] and 18 USC §2071. And then they ignored the move to federal court for cause in collusion with Federal Court Judge Lawrence E. Kahn, leaving their victims in jurisdictions unknown.

We have filed and served 38 papers, with 25 evidentiary documents on the US Supreme Court, US Congress, Governors and State Legislators in this extraordinary case concerning subversion and conspiracy by enemies both foreign and domestic and we have been met with silence.[40] "*Judges have*

---

[36] **18 U.S. Code § 1519** – Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

[37] **18 USC § 2071** – Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

[38] **18 U.S. Code § 1519** – Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

[39] **18 U.S. Code § 1519** – Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.

[40] "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

*no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution.*"[41]

The following lists of papers have been filed in the above said court and can also be found at https://www.nationallibertyalliance.org/action-against-judiciary. The consistent uniform tyrannical actions by judges from villages, towns, cities, counties, states and the federal courts, all acting in an orchestrated fashion is in itself evidence of conspiracy, concealment, fraud, denial of due process of law and the carrying away of people to jurisdictions unknown. Simply put "*wars against the Constitution*!" How can a court claim to be just if it deprives people of their property[42] or condemns[43] without being heard? The US Supreme Court has ruled and has reaffirmed the principle that "*justice must satisfy the appearance of justice.*"[44] Whereas, federal judges' audacious denial of due process and unapologetic maintenance of "status quo" is self-evidence of courts of injustice.

The evidence by their actions being evidence of their tyranny and conspiracy,

| **WRITS & INFORMATIONS - FILED 2015 AND 2016 IN ALL 94 FEDERAL DISTRICT COURTS**<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| 15-05-15 Writ Quo Warranto | No Response | 15-07-20 Mandamus US Supreme Court | No Response |
| 15-05-20 Mandamus to Sheriff | No Response | 15-10-14 Information to Judges | No Response |
| 15-05-23 Mandamus all Federal Judges | No Response | 15-11-15 US Congress et al, Information SWAT | No Response |
| 15-05-27 US Congress et al, Mandamus Martial law | No Response | 15-11-15 Show Cause Clerk & Judge | No Response |
| 15-05-29 US Congress et al Mandamus Amendment II | No Response | 16-02-18 Mandamus Governors | No Response |
| 15-06-03 US Congress et al, Mandamus Terrorism | No Response | 16-02-22 Information US Supreme Court | No Response |
| 15-06-06 US Congress et al, Mandamus Subversion | No Response | 16-07-04 US Congress et al, Declaration of July 4th 2016 | No Response |
| 15-07-10 Mandamus Governors | No Response | 16-09-26 US Congress et al, Information Martial Law | No Response |

| **REDRESS OF GRIEVANCES (13) - FILED DECEMBER 14, 2016**<br>**COURT OF RECORD A/K/A COMMON LAW COURT** | | | |
|---|---|---|---|
| 12-13-16 Congress Redress of grievance | No Response | 5-11-17 Governor Cuomo et al Extraordinary Proceeding | No Response |
| 12-13-16 Supreme Court Redress of grievance | No Response | 6-14-17 Unlawful Order to Dismiss | No Response |
| 12-13-16 Governors Redress of grievance | No Response | 7-17-17 Indictment Judge Kahn | No Response |
| 3-20-17 Information to President | No Response | 7-19-17 Writ of Error Final | No Response |
| 1-9-16 Congress, et al Information Martial Law | No Response | 7-31-17 Writ Mandamus to court officers | No Response |
| 1-9-17 Show Cause Clerk of Court | No Response | 9-8-17 Magistrate Show Cause | No Response |
| 3-1-17 Governor A. Cuomo, et al | No Response | | |

| **DECLARATION OF RESTORATION - ORDERED AUGUST 17, 2019**<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| 8-17-19 Declaration to Restore Law | No Response | 9-30-19 Writ Mandamus/Information | No Response |
| 9-3-19 Order Merging of Equity & Law | No Response | 10-7-19 Writ Mandamus | No Response |
| 9-9-19 Judge Kahn 2nd Indictment | No Response | 12-17-19 Act of Treason Federal Rule 2 | No Response |
| 9-16-19 Fake law & fake courts | No Response | 2-19-20 Writ Quo Warranto | No Response |
| 9-25-19 Writ Mandamus | No Response | | |

41 Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200.

42 "...no man shall be deprived of his property without being heard in his own defense. Kinney V. Beverly, 2 Hen. & M(VA) 381, 336.

43 By the law of the land is more clearly intended the general law, a law which hears before it condemns; which proceeds upon inquiry and renders judgment only after trial. Dartmouth College Case, 4 Wheat, U.S. 518, 4 ED 629.

44 Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954).

| MEMORANDUMS OF LAW<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| Memorandum Abortion | No Response | Memorandum Jurisdiction Natural Law | No Response |
| Memorandum Acts of Treason | No Response | Memorandum Jury Nullification | No Response |
| Memorandum Amendment II | No Response | Memorandum Jury Tampering & Stacking | No Response |
| Memorandum Amendment X | No Response | Memorandum Law and Equity | No Response |
| Memorandum Amendment XIII | No Response | Memorandum Non Judicial Foreclosure | No Response |
| Memorandum Article III Courts | No Response | Memorandum Petit Jury Authority | No Response |
| Memorandum Court of Record | No Response | Memorandum Sovereignty | No Response |
| Memorandum Founding Fathers and the judiciary | No Response | Memorandum Statutes Codes Regulations | No Response |
| Memorandum Grand Jury Authority | No Response | Memorandum Tax Courts | No Response |
| Memorandum Habeas Corpus | No Response | Memorandum USC Title 18 | No Response |
| Memorandum High Treason | No Response | Memorandum Natural v Civil Rights | No Response |

| EVIDENCE<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| 16th Amendment Not Ratified | No Response | Dodd Report to the Reece Committee 1954 | No Response |
| 17th Amendment Not Ratified | No Response | Federal Grand Handbook | No Response |
| ATT and NSA spying on the People | No Response | Federal Reserve Certificate of Corp | No Response |
| Articles of Freedom | No Response | Federal Trial Jury-handbook | No Response |
| Blaze Armed Agencies | No Response | Militarizing the Federal Agencies | No Response |
| Board of Governors Vested | No Response | NSA Utah Data Center | No Response |
| Congress Report Lawyers Guild | No Response | No Free Speech Zone | No Response |
| Congressional Oversight Hearing on Public Land | No Response | Sovereign Sioux Tribe | No Response |
| Congressman McFadden Speech | No Response | Ten Facts About SWAT | No Response |
| Cooper File | No Response | The United States of SWAT | No Response |
| DOJ 2008 Fed Law Enforcement Report | No Response | Timeline of United States at war | No Response |
| DOJ 2008 report Federal Law Enforcement | No Response | Two cents worth | No Response |
| Diesel Therapy | No Response | | |

| AMICUS CURIAE, CASES MOVED FOR CAUSE<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| Amendment II NY Governor et al | No Response from originating court | Nadler Joel 2 | No Response from originating court |
| Abendroth Brian | No Response from originating court | Ollis David | No Response from originating court |
| Anderson Theresa | No Response from originating court | Paul Randy | No Response from originating court |
| Birsen James | No Response from originating court | Paul Randy 1 | No Response from originating court |
| Brooks Benjamin | No Response from originating court | Paul Randy 2 | No Response from originating court |
| Gregerson Debra | No Response from originating court | Paul Randy 3 | No Response from originating court |
| Gregerson Stephen | No Response from originating court | Paul Randy 4 | No Response from originating court |
| Gundersen Candace | No Response from originating court | Regec Ryan J | No Response from originating court |
| Hall Carey A | No Response from originating court | Rice Charlie | No Response from originating court |
| Heinz Timothy | No Response from originating court | Roberts Kelli1 | No Response from originating court |
| Hobby Matthew | No Response from originating court | Roberts Kelli2 | No Response from originating court |
| Kapustin Oleg | No Response from originating court | Sara John | No Response from originating court |
| King Greg A | No Response from originating court | Sepehry-Fard Fareed | No Response from originating court |
| Knight Benjamin | No Response from originating court | Wilson Gale | No Response from originating court |
| Koulinich Oksana | No Response from originating court | Yorty Heatherlee | No Response from originating court |
| Lewis Dwayne | No Response from originating court | Zarinegar Sean | No Response from originating court |
| McQuarry Patricia | No Response from originating court | Gurley Bruce | No Response from originating court |
| Nadler Joel 1 | No Response from originating court | Hatton Ronald | No Response from originating court |

| HABEAS CORPUSES<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| Aaron Rabold | Ignored by the Federal District Court | Karla Johnson | Ignored by the Federal District Court |
| Arianna Meyers | Ignored by the Federal District Court | Kathryn Stuart | Ignored by the Federal District Court |
| Brian Jopson | Ignored by the Federal District Court | Lily Helen Ko | Ignored by the Federal District Court |
| Campbell Robert | Ignored by the Federal District Court | Louis Daniel Smith | Ignored by the Federal District Court |
| Christina C. Jiron | Ignored by the Federal District Court | Lugaro Jesse | Ignored by the Federal District Court |
| Congress Anwar | Ignored by the Federal District Court | Mable Marson | Ignored by the Federal District Court |
| Crannell Christian | Ignored by the Federal District Court | Maud Pollock | Ignored by the Federal District Court |
| Curtis Kimbrough | Ignored by the Federal District Court | Mercer Russell | Ignored by the Federal District Court |
| David Lee | Ignored by the Federal District Court | Newton Cantrell | Ignored by the Federal District Court |
| David Mongielo | Ignored by the Federal District Court | Pielack Barbara | Ignored by the Federal District Court |
| Erica Carey | Ignored by the Federal District Court | Rolando Ramirez | Ignored by the Federal District Court |
| Griffin | Ignored by the Federal District Court | Ronald Poulson | Ignored by the Federal District Court |
| James Vernon | Ignored by the Federal District Court | Sara John | Ignored by the Federal District Court |
| Jan Pachnik | Ignored by the Federal District Court | Sheri Grizzell | Ignored by the Federal District Court |
| Janie Sanders | Ignored by the Federal District Court | Shirearl Taylor | Ignored by the Federal District Court |
| Johannes Wanda | Ignored by the Federal District Court | Szach Anthony | Ignored by the Federal District Court |
| Justin Borseth | Ignored by the Federal District Court | Timothy Berry | Ignored by the Federal District Court |
| Kapustin Oleg | Ignored by the Federal District Court | | Ignored by the Federal District Court |

| **NON-JUDICIAL FORECLOSURES - AMICUS CURIAE, CASES MOVED FOR CAUSE**<br>COURT OF RECORD A/K/A COMMON LAW COURT | | | |
|---|---|---|---|
| Ann Galloway | No Response from originating court | Leokadia Miglietta | No Response from originating court |
| Asulu Williams | No Response from originating court | Louise Gardner | No Response from originating court |
| Awilda Lora | No Response from originating court | M Johnson | No Response from originating court |
| Byron Gashler | No Response from originating court | Mable Marson | No Response from originating court |
| Byron L. Gashler | No Response from originating court | Mark Kleeman | No Response from originating court |
| Christie Reed | No Response from originating court | Maud Pollock | No Response from originating court |
| Crystal Mack | No Response from originating court | Michael Hammer | No Response from originating court |
| Crystal Mack (2) | No Response from originating court | Nahimana Bey | No Response from originating court |
| Deborah Foster | No Response from originating court | Paul Gonzales | No Response from originating court |
| Deborah Foster (2) | No Response from originating court | Randall Grondwold | No Response from originating court |
| D'Annie Isra El | No Response from originating court | Randy Paul | No Response from originating court |
| Elliot Rodriguez | No Response from originating court | Randy Paul (2) | No Response from originating court |
| Elliott Rodriguez | No Response from originating court | Randy Paul (3) | No Response from originating court |
| Fareed Fard | No Response from originating court | Robert Hornbarger | No Response from originating court |
| Felicia Collins | No Response from originating court | Robert Overheul | No Response from originating court |
| Frederick J. Nuzzo | No Response from originating court | Robert Rubio | No Response from originating court |
| Harley William Blake III | No Response from originating court | Ronald Poulson | No Response from originating court |
| Heather Dalton | No Response from originating court | Ronald Van Dyke | No Response from originating court |
| Heriot Boyles | No Response from originating court | Sergio Paul | No Response from originating court |
| Hiltrud Steimel | No Response from originating court | Seth Rabold | No Response from originating court |
| Janice Jackson | No Response from originating court | Shirearl Taylor | No Response from originating court |
| Jan'e & Rudolph Colahar | No Response from originating court | Stephen Gregerson | No Response from originating court |
| Jeffrey Bryant | No Response from originating court | Stephen Gregerson (2) | No Response from originating court |
| Jeffrey Smiles | No Response from originating court | Theron Marrs | No Response from originating court |
| John Sprouse | No Response from originating court | Thomas Anderson | No Response from originating court |
| John Sprouse (2) | No Response from originating court | Thomas Williams | No Response from originating court |
| Joseph Eskel | No Response from originating court | Valtair Souza | No Response from originating court |
| Kenta Morris | No Response from originating court | | |

| **INDICTMENTS AGAINST FEDERAL JUDGES**<br>**DENIAL OF HABEAS CORPUS, CONSPIRACY & FELONY RESCUE** | |
|---|---|
| Chief Judge Robert J. Jonker | U.S. District Court for the Western District of Michigan |
| Chief Judge Linda R. Reade | U.S. District Court for the Northern District of Iowa |
| Chief Judge Dana L. Christensen | U.S District Court for the District of Montana |
| Chief Judge Marsha J. Pechman | U.S. District Court for the Western District of Washington |
| Chief Judge Dana L. Christensen | U.S. District Court for District of Montana |
| Chief Judge Ann Aiken | U.S. District Court for the District of Oregon |
| Chief Judge George H. King | U.S. District Court for the Central District of California |
| Judge Steven McAuliffe | U.S. District Court for the District of New Hampshire |
| Chief Judge Joseph Normand Laplante | U.S. District Court for the District of New Hampshire |
| Chief Judge Phyllis Jean Hamilton | U.S. District Court for the Northern District of California |
| Chief Judge Ann L. Aiken | U.S. District Court for the District of Oregon |
| Chief Judge Janet C. Hall | U.S. District Court for the District of Connecticut |
| Chief Judge Joy Flowers Conti | U.S. District Court for the Western District of Pennsylvania |
| Chief Judge Denise Page Hood | U.S. District Court for the Eastern Disitict of Michigan |
| Chief Judge George H. King | U.S. District Coiurt for the Central District of California |
| Chief Judge Christopher C. Conner, | U.S. District Court for the Middle District of Pennsylvania |
| Chief Judge Carol Bagley Amon | U.S. District Court for the Eastern District of New York |
| Chief Judge David Gregory Kays | U.S. District Court for the Western District of Missouri |
| Chief Judge Marsha J. Pechman | U.S. District Court for the Western District of Washington |
| Chief Judge George H. King | U.S. District Court for the Central District of California |
| Chief Judge J. Daniel Breen | U.S. District Court for the Western District of Tennessee |
| Chief Judge Jerome B. Simandle, | U.S. District Court for the District of New Jersey |
| Chief Judge Thomas D. Schroder | U.S. District Court for the District of North Carolina |
| Chief Judge Glenn T. Suddaby | U.S. District Court for the Northern District of New York |
| Chief Judge John R. Tunheim | U.S. Disrict Court for the District of Minnesota |
| Chief Judge James J. Bredar | U.S. District Court for the District of Maryland |
| Chief Judge Mark S. Davis | U.S.District Court for the District of Virginia |
| Chief Judge Grant Murray Snow | U.S. Ditrict Court for the District of Arizona |
| Chief Judge Steven Merryday | U.S. District Court for the Middle District of Florida |
| Chief Judge Rebecca R. Pallmeyer | U.S. District Court for the Northern District of Illinois |
| Chief Judge Marcia S. Krieger | U.S. District Court for the District of Colorado |
| Chief Judge Frank Paul Geraci Jr | U.S. District Court for the Western District of New York |
| Chief Judge Carol Bagley Amon | U.S. District Court for the Eastern District of New York |

| **INDICTMENTS AGAINST STATE JUDGES**<br>**DENIAL OF DUE PROCESS, CONSPIRACY & FELONY RESCUE** | |
|---|---|
| Chief Judge Carin Schienberg | **Superior Court, Clark County, Washington State** |
| Chief Judge David Nuffer | **United States District Court for the District of Utah** |
| Chief Judge Frederick J. Lauten | **Ninth Judicial Circuit of Florida** |
| Chief Judge Kathleen Brickley | **36th Circuit Court in Van Buren County, Michigan State** |
| Chief Judge Scott Needham | **Tenth Judicial Administrative District, Wisconsin State** |
| Chief Justice Lenore Gelfman | **Fifth Circuit Court, Howard County, Maryland** |
| Chief Justice Paula Carey | **Massachusetts Trial Court** |
| Judge A C McKay Chauvin | **30th Judicial Circuit, Jefferson County, Kentucky** |
| Judge Alfred J. Jennings, Jr. | **Fairfield District Superior Court, Connecticut** |
| Judge Cortland Corsones | **Vermont Superior Court** |
| Judge D. Hinrichs | **Superior Court of Humboldt County, California** |
| Judge Daniel A. Ottolia | **Superior Court of Riverside County in California** |
| Judge David J. King | **First Judicial District in Kansas** |
| Judge Eddie Rodriquez | **Fairfield District Superior Court in Connecticut** |
| Judge Francis Mathew | **First Judicial District of New Mexico** |
| Judge George B. Turner | **Brevard County,18th Judicial Circuit Court in Florida** |
| Judge Gordon R. Burkhart | **Superior Court, Riverside County, California** |
| Judge James Wilson Abrams | **New Britain District Superior Court in Connecticut** |
| Judge John Braxton | **Philadelphia County Court of Common Pleas** |
| Judge John J. DiMotto | **Milwaukee County Circuit Court, Wisconsin** |
| Judge Jon Theison | **Eau Claire County Circuit Court, Eau Claire County, Wisconsin** |
| Judge Joseph Farneti | **Suffolk County Supreme Court, New York** |
| Judge Juan B. Colas | **Dane County Circuit Court in Wisconsin** |
| Judge Kenneth J. Grispin | **New Jersey Superior Court, Union County** |
| Judge Lisa Porter | **20th Judicial Circuit Court in Florida** |
| Judge Lonnie Thompson | **Shelby County General Sessions Court, Division 6 in Tennessee** |
| Judge Mary Ann Sumi | **Dane County Circuit Court, Branch 2, Dane County, Wisconsin** |
| Judge Michael P. Burns | **10th Judicial District County Court, Nebraska** |
| Judge Nathaniel J Poovey, | **North Carolina Superior Court** |
| Judge Patricia M. Lucas | **Superior Court of Santa Clara County, California** |
| Judge Paul M Yatron | **Berks County Court of Common Pleas, Pennsylvania** |
| Judge Roger N. Nanovic | **Carbon County Court of Common Pleas, Pennsylvania** |
| Judge Sandra Champ | **Fifth Judicial Circuit, Ocala FL** |
| Judge Sharon Devreis | **Portsmouth District Court, Brentwood Family Division** |
| Judge Terence | **United States Court of Appeals for the Seventh Circuit** |
| Judge Thomas Michael Deister | **Twenty-First Judicial District Court, Colorado** |
| Judge Timothy M Wright | **Gila County Superior Court, Arizona** |
| Judge Toni E Clarke | **Circuit Court for Prince George's County, Maryland** |
| Judge Virginia A. Phillips | **United States District Court for the Central District of California** |
| Judge Wallace A Lee | **Sixth Judicial District, Utah** |
| Magistrate Judge Keith Rosa | **Circuit Court for Montgomery County, Maryland** |
| Master in Equity Marvin H. Dukes, III | **South Carolina Judicial Branch Beaufort County** |

| **INDICTMENTS AGAINST FEDERAL JUDGE KAHN**<br>**FELONY RESCUE, CONCEALMENT** | |
|---|---|
| Judge Lawrence E. Kahn | US District Court for the Northern District of New York |

| **MURDER CONSPIRACY INDICTMENT**<br>**MURDER OF LAVOY FINICUM 24 PAGE INDICTMENT** | |
|---|---|
| Hillary Clinton | Chief Judge Gloria M. Navarro |
| Harry Mason Reid | Assistant U.S. Attorney Steven Myhre |
| BLM Special Agent in Charge Daniel Love for Utah and Nevada | Magistrate Judge Michael R. Hogan |
| Attorney General Loretta Lynch | Chief Judge Ann L. Aiken |
| FBI Director James Comey | Magistrate Judge Patricia Sullivan |
| Oregon Governor Katherine Brown | U.S. Attorney Amy E. Potter |
| FBI Special Agent Gregory T. Bretzing | U.S. Attorney Frank R. Papagni, Jr. |
| Grant County Commissioner Boyd Britton | Judge Anna J. Brown |
| Sheriff David Ward | Magistrate Judge John Acosta |
| Judge Steven Grasty | Judge Stacie F. Beckerman |
| FBI Agent W. Joseph Astarita | Judge Dustin Pead |
| Magistrate Judge Peggy A. Leen | U.S. Attorney Billy J. Williams |
| Magistrate Judge Carl Hoffman | U.S. Attorney Ethan D. Knight |
| US Attorney Daniel G. Bogden | Assistant U.S. Attorney Geoffrey A. Barrow |
| US Attorney Steven W. Myhre | Assistant U.S. Attorney Craig Gabriel |
| U.S. Attorney Nicholas D. Dickinson | * Numerous John/Jane Doe(s) from multiple agencies (To be identified) which include, but are not limited, to the Local Police, State Police, BLM, FBI and NGO Contractors. |
| US Attorney Nadia J. Ahmed | |
| US Attorney Erin M. Creegan | |

THE TRIBUNAL ORDERS the United States Supreme Court, United States House of Representatives, the United States Senate and the Federal Judiciary is to Honor their oath to support and defend the Constitution for the United States of America by their actions -or- resign immediately -or- we will remove you via indictment for waring against the Constitution.

> *"Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason."* [45]

THE TRIBUNAL ORDERS the American Bar Association to cease the teaching of civil law in place of "Law and equity" and notify your members of the same.

IT IS SO ORDERED

Albany, New York, April 6th 2020,

SEAL

UNIFIED UNITED STATES GRAND JURY SEAL
LEX NATURALIS
1215 AD
DEI GRATIA

Jury Foreman
Natural Law Tribunal

---

[45] Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

# COVER PAGE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

• 445 Broadway; Albany, NY. 12207-2936 •

Natural Law Case No. 2019-1215-1776
Depository Case No. 1:16-CV-1490
Court of Record

## RECAPPING THE RECORD
## OF THIS EXTRAORDINARY ACTION AND ORDER

Unified United States Common Law Grand Jury

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

TRIBUNAL, WE THE PEOPLE
ON BEHALF OF THE AFFIANTS, ATTACHED

- AGAINST -

United States Supreme Court
Federal Judiciary
United States Senate
U.S. House of Representatives
Judy Perry Martinez, President of the ABA (2019-2020)
ABA Board of Governors (43-members)

DEFENDANTS:

UUS Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595




Chief Judge
United States District Court
for the Eastern District of Michigan
231 West Lafayette Boulevard
Detroit, MI 48226







RECEIVED
MAY 21 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

CERTIFIED MAIL®

Unified United States
Common Law Grand Jury
P.O. Box 59
Valhalla, NY. 10595



7019 0700 0002 3558 5310

3-14-20

UNITED STATES POSTAL SERVICE®

1000

48708

U.S. POSTAGE PA
FCM LG ENV
HYDE PARK, NY
12538
MAR 14, 20
AMOUNT
$5.15
R2305M147653-05



Chief Judge Denise Page Hood
US Dist Court for Eastern District of MI
US Post Office Building
1000 Washington Ave.
Bay City, MI 48708

RECEIVED
MAY 21 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIVED
2020
DENISE PAGE HOOD



RECEIVED
APR 29 2020
CLERK'S OFFICE
U.S. DISTRICT COURT