UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIFIED U.S. COMMON LAW GRAND JURY *on behalf of* Barbara T. Pielack,<br><br>      Plaintiff,<br><br>v.<br><br>GREGORY A. LAY,<br>DANNY EVANS, and<br>ALLAN L. MACGREGOR,<br><br>      Defendants. | Case No. 2:20-mc-50607-LJM-EAS<br>Honorable Laurie J. Michelson |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

In a prior order, this Court stated, "by September 7, 2020, [Barbara] Pielack must inform the Court in writing of one of the following: (1) that she agrees to have her filing recharacterized as a petition under § 2254, (2) that she does not agree to that recharacterization because she is not challenging her conviction or sentence, or (3) that she wishes to withdraw her filing." (ECF No. 2.) This Court served its prior order by mailing a copy of it to "Unified U.S. Common Law Grand Jury at c/o Heathrlee Yorty, 3295 South Lee Point, Suttons Bay, MI 49682." The order was returned as not deliverable. (ECF No. 3.)

Accordingly, Pielack's case-initiating document is *not* deemed a habeas corpus petition and this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: October 15, 2020

                                                                s/Laurie J. Michelson
                                                                LAURIE J. MICHELSON
                                                                UNITED STATES DISTRICT JUDGE